IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

MEDFORD DIVISION

| | |
|---|---|
| JON L. WILLIAMS, | |
| Plaintiff, | 1:13-cv-1190-CL |
| v. | **ORDER** |
| JACKSON COUNTY; ERIC HOFSTAD, | |
| Defendants. | |

**PANNER, District Judge:**

    Magistrate Judge Mark D. Clarke filed a Report and Recommendation (#15), and the matter is now before this court. See 28 U.S.C. § 636(b)(1)(B), Fed. R. Civ. P. 72(b). Although no objections have been filed, this court reviews the legal principles *de novo*. See Lorin Corp. v Goto & Co., Ltd., 700 F.2d 1202, 1206 (9th Cir. 1983).

1 - ORDER

I have given this matter *de novo* review. I find no error. Accordingly, I ADOPT the Report and Recommendation (#15). Defendants' motion to dismiss Plaintiff's Second Claim is GRANTED.

IT IS SO ORDERED.

DATED this 5th day of February, 2014.

OWEN M. PANNER
U.S. DISTRICT JUDGE

2 - ORDER