IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

MEDFORD DIVISION

JON L. WILLIAMS,

       Plaintiff,              No. 1:13-cv-1190-CL

    v.                       **ORDER**

JACKSON COUNTY; ERIC
HOFSTAD,

       Defendants.

**PANNER, District Judge:**

Magistrate Judge Mark D. Clarke filed a Report and
Recommendation (#44) and the matter is now before this court. See
28 U.S.C. § 636(b)(1)(B), Fed. R. Civ. P. 72(b). Plaintiff filed
objections (#46) and I have reviewed the file of this case *de
novo*. 28 U.S.C. § 636(b)(1)(C); <u>McDonnell Douglas Corp. v.</u>

1 - ORDER

Commodore Bus. Mach., Inc., 656 F.2d 1309, 1313 (9th Cir. 1981).

I have given this matter *de novo* review. I find no error. Accordingly, I ADOPT the Report and Recommendation (#44). Plaintiff's Motion for Partial Summary Judgment (#27) is DENIED.

IT IS SO ORDERED.

DATED this ___7___ day of January, 2015.

OWEN M. PANNER
U.S. DISTRICT JUDGE

2 - ORDER